JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANTHONY JORDAN,<br><br>            Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>            Respondent. | Case No. 5:22-cv-00473-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED:   7/19/24

                                         HERNAN D. VERA<br>                                         United States District Judge